Kirk Guinn, 015448
430 West 1st Street, Suite 102
Tempe, Arizona 85281
Telephone (602) 265-3822
Facsimile (480) 966-1070
Arizonabankruptcyhelpers@yahoo.com
Attorney for Laura Fox

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In Re: | CHAPTER 7 |
| --- | --- |
|  | Case No. **2:08-bk-12643-CGC** |
| **LAURA S FOX** |  |
|  | NOTICE TO RESCIND |
| Debtor. | REAFFIRMATION AGREEMENT AND |
|  | CERTIFICATE OF SERVICE |

  COMES NOW Debtor, Laura Fox, through her attorney, Kirk Guinn, hereby gives notice that debtor rescinds the reaffirmation agreement filed by RICARDO LUCERO of HONDA FINANCIAL SERVICES on behalf of AMERICAN HONDA FINANCE CORPORATION, Account No. ending in 7651 for the 2008 Honda Civic.

    March 20, 2008    /s/Kirk Guinn
                  Attorney for Debtor

# CERTIFICATE OF SERVICE

I hereby certify that copies of this notice were mailed by me on today's date to the following:

    Clerk of the U.S. Bankruptcy Court
    230 North First Avenue #101
    Phoenix, AZ 85003

    **CONSTANTINO FLORES**
    PO BOX 511
    PHOENIX, AZ 85001-0511
    602-274-4200

    United States Trustee
    230 North First Avenue, Suite 204
    Phoenix, Arizona 85003-1706

    **LAURA S FOX**
    6900 EAST GOLD DUST #129
    SCOTTSDALE, AZ 85253

    American Honda Finance Corporation
    PO Box 168088
    Irving, TX 75016-8088

March 20, 2008                /s/Kirk Guinn
                                      Attorney for Debtor